# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FEES AND COSTS ORDER

November 21, 2013

*Before*

FRANK H. EASTERBROOK, *Circuit Judge*

ILANA DIAMOND ROVNER, *Circuit Judge*

DAVID F. HAMILTON, *Circuit Judge*

| No.: 12-1330 | CONSOLIDATION COAL COMPANY, Petitioner<br><br>v.<br><br>OFFICE OF WORKERS' COMPENSATION PROGRAMS and JAMES BURRIS, Respondents |
|---|---|
| **Originating Case Information:** ||
| Agency Case No: 11-BLA-0317<br>Benefits Review Board ||

Upon consideration of the **APPLICATION FOR APPROVAL OF REPRESENTATIVE'S FEE IN A BLACK LUNG CLAIM PROCEEDING CONDUCTED BY THE UNITED STATES DEPARTMENT OF LABOR,** filed on October 29, 2013, by counsel for respondent James Burris,

**IT IS ORDERED** that the motion is **GRANTED**. Counsel for respondent James Burris is awarded attorney's fees and costs in the amount of $15,556.29.

form name: **c7_Order_FeesCosts**(form ID: **141**)